

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00489-CR

Robert A. Loya
v.
The State of Texas

On appeal from the
444th District Court of Cameron County, Texas
Trial Cause No. 2013-DCL-5829

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes the appeal should be dismissed. The Court orders the appeal

DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

December 10, 2015